1  J. Paul Sizemore
   **Sizemore Taylor, LLP**
2  2101 Rosecrans Ave., Suite 5290
   El Segundo, CA 90245
3  Telephone: (310) 322-8800
   Fax: (310) 322-8811
4
   Attorneys for Plaintiffs
5

6

7

8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND 14 PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| 15 This Document Relates To: | |
| 16 *Nancy Jones v. Pfizer Inc* (05-4579 CRB) 17 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 18 *Vicky Garlett v. Pfizer Inc, Merck & Co., Inc.* (05-4920 CRB) | |
| 19 *Richard Weber and Hattie Weber v. Merck & Co., Inc. and Pfizer Inc* 20 (05-4921 CRB) | |
| 21 *Larry Vilmer and Nancy Vilmer v. Merck & Co., Inc., Pfizer Inc* 22 (05-4926 CRB) | |
| 23 *Rolland Schach and Francis Schach v. Merck & Co., Inc. and Pfizer Inc* 24 (05-4927 CRB) | |
| 25 *Richard Rupniewski and Sharon Rupniewski v. Merck & Co., Inc. and Pfizer Inc* 26 (05-4928 CRB) | |
| 27 *Barbara Goddard and John Goddard v. Pfizer Inc* 28 (05-5376 CRB) | |

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Maisie Cavanah and Richard Cavanah v. Pfizer Inc*
(05-5377 CRB)

*John Ryan and Anna Ryan v. Pfizer Inc*
(05-5378 CRB)

*Phillip Kanngiesser and Karen Kanngiesser v. Pfizer Inc*
(05-5379 CRB)

*Mary McKinney v. Pfizer Inc*
(05-5380 CRB)

*William Banning and Kimberly Banning v. Pfizer Inc*
(05-5381 CRB)

*Garland Schnack and Eileen Schnack v. Pfizer Inc*
(06-0431 CRB)

*Octavia Gahagans, et al. v. Merck & Co., Inc. and Pfizer Inc*
(06-0440 CRB)

*Helene Hancock, et al. v. Merck & Co., Inc. and Pfizer Inc*
(06-0444 CRB)

*Sharon Walker v. Pfizer Inc*
(06-0449 CRB)

*Larry Redman v. Merck & Co., Inc. and Pfizer Inc*
(06-0463 CRB)

*Robert Madere and Kathy Madere v. Pfizer Inc and Merck & Co., Inc.*
(06-3670 CRB)

*Marsha S. Taylor, et al. v. Pfizer Inc*
(06-3813 CRB)

*Linda Rinche and Paul Rinche v. Pfizer Inc*
(06-4832 CRB)

*Jerry D. Crane and Connie M. Crane v. Pfizer Inc*
(06-6778 CRB)

*Matthew Champagne, et al. v. Pfizer Inc*
(06-7405 CRB)

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  *Annetta Papa v. Pfizer Inc*
   (06-7894 CRB)

2

3  *Ferrell Heeter and Judy Heeter v. Pfizer Inc*
   (06-7895 CRB)

4  *Ronald D. Sanburg, et al. v. Pfizer Inc*
   (06-7896 CRB)

5

6  *Dale D. Anderson v. Pfizer Inc and Merck &
   Co., Inc.*
   (07-0358 CRB)

7

8  *Elizabeth Streich, et al. v. Pfizer Inc*
   (07-0468 CRB)

9  *Owen Stevens and Geneva Stevens, his wife v.
   Pfizer Inc*
10  (07-1862 CRB)

11  *Dennis Sosebee and Louise Sosebee, his wife v.
   Pfizer Inc*
12  (07-1865 CRB)

13  *Render Godfrey and Beverly Godfrey, his wife
   v. Pfizer Inc*
14  (07-1867 CRB)

15

16  Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

17  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

18  stipulate to the dismissal of these actions **with prejudice as to all parties**, with each side bearing

19  its own attorneys' fees and costs.

20

21  DATED: Jan 20 2010        By: [signature]

22                            **SIZEMORE TAYLOR, LLP**
                              2101 Rosecrans Ave., Suite 5290
23                            El Segundo, CA 90245
                              Telephone: (310) 322-8800
24                            Fax: (310) 322-8811

25                            *Attorneys for Plaintiffs*

26

27

28

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2  DATED: 1/28, 2010    By: /s/
3
4                    **DLA PIPER LLP (US)**
                    1251 Avenue of the Americas
                    New York, New York 10020
                    Telephone: (212) 335-4500
5                   Facsimile: (212) 335-4501

6                   *Defendants' Liaison Counsel*

7

8  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10 Dated: Feb. 2, 2011

11                  Hon. Charles R. Breyer
                   United States District Court

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**